10-60170.o4

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60170-CIV-MORENO/BROWN

MANAGED CARE SOLUTIONS, INC.

    Plaintiff,

vs.

COMMUNITY HEALTH SYSTEMS, INC.,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

**This matter** is before this Court on Plaintiff's Motion for Sanctions...(D.E. 103). The Court has considered the motion and all pertinent materials in the file.

This motion seeks reconsideration based on two factors: (1) the parties agreed not to be bound by a Local Rule; and (2) a miscalculation for a reply. Because the Court finds the first argument unavailing, it need not reach the second.

The Local Rules are not simply guidelines for the litigants. They also exist, in some instances, for the Court's benefit as well. The rule at issue (Local Rule 26.1(h)(1)) was created to prevent exactly what is happening in this case . . . a flurry of last minute motions to prepare the case for trial. Here we are, after the discovery deadline has passed, on the issue of plaintiff retaining an expert on a matter that could have - and should have - been resolved long before now. Perhaps defendant would like to retain its own expert? Perhaps the next step would be an evidentiary

hearing? This is why the rule exists.

No law has been cited that gives the parties the right to summarily decide they won't be bound by a Local Rule. Were that the case, perhaps the parties could also agree to disregard the pre-filing conference requirement (Local Rule 7.1(a)(3))? Perhaps the parties could agree not to be bound by the page limitations as well? A party could file a 45 page motion and as long as the opposition doesn't raise the page limits issue the Court should or must accept same?

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of February, 2012.

s/Stephen T. Brown<br>
STEPHEN T. BROWN<br>
CHIEF UNITED STATES MAGISTRATE JUDGE

cc:  Hon. Federico A. Moreno
     Counsel of record