UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-60170-CIV-MORENO

MANAGED CARE SOLUTIONS, INC.,

    Plaintiff,

vs.

COMMUNITY HEALTH SYSTEMS, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION

On March 5, 2012, the Plaintiff filed Plaintiff's Objections and Motion to Strike Evidence Submitted in Support of Defendant's Motion for Summary Judgment **(D.E. No. 126)**. The Court entered an Order Striking as Oversize this motion with leave for the Plaintiff to re-file that motion **(D.E. No. 142)**. In response to this Order, the Defendant filed a Motion for Reconsideration or Clarification **(D.E. 150)** asking this Court to deny Plaintiff leave to re-file its Objections and Motion to Strike. The Plaintiff has since re-filed its Objections and Motion to Strike. This Order addresses both the Plaintiff's Motion to Strike and the Defendant's Motion for Reconsideration.

Relying on Fed. R. Civ. P. 56(c)(4), the Plaintiff has filed a motion entitled Objections and Motion to Strike Evidence Submitted in Support of Defendant's Motion for Summary Judgment. The Plaintiff asks this Court to strike affidavits submitted by the Defendant on the basis that they do not meet specific evidentiary standards. However, motions to strike are governed by Fed. R. Civ. P. 12(f) which "'is not the appropriate procedural vehicle for objecting to materials submitted with respect to a motion for summary judgment. Rather, motions to strike are considered as objections to the materials filed.'" *Slone v. Judd*, 2011 WL 1124618 *1 (M.D. Fla. Mar. 25, 2011)(quoting

*Sklar v. Clough,* 2007 WL 2049698 *1 (N.D. Ga. July 6, 2007)). After the 2010 Amendments to Fed. R. Civ. P. 56(c)(2), "it no longer appears that motions to strike exhibits submitted on summary judgment are appropriate." *Leslie v. Cumulus Media, Inc.*, 814 F. Supp. 2d 1326, 1340 (S.D. Ala. 2011). "[T]he proper method to object to evidence submitted on summary judgment is for the 'party opposing the motion to register its objections to the movant's affidavits by way of the material submitted in opposition to the motion.'" *Mobile Shelter Sys. USA, Inc. v. Grate Pallet Solutions, LLC,* 2012 WL 115601 *9 (M.D. Fla. Jan. 14, 2012).

THE COURT has considered the motions, responses, and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED**

(1) that the Defendant's Motion for Reconsideration **(D.E. 150)** is GRANTED.

(2) that the Plaintiff's Motion to Strike **(D.E. 152)** is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of April, 2012.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record